**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Liberty Industries, L.C.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Tower Innovations** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4536009** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20 S.E. 3 Street** <br> **Boca Raton, FL 33432** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** <br> County | **Location of principal assets, if different from principal place of business** <br> **3266 Tower Drive Newburgh, IN 47630** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Liberty Industries, L.C.**
_____
    Name

Case number (*if known*) _____

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Southern District of Florida** | When | **9/07/16** | Case number | **16-22332-EPK** |
| District | **Southern District of Florida** | When | **9/12/12** | Case number | **12-32843-PGH** |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

Debtor **Liberty Industries, L.C.**
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Liberty Industries, L.C.**                                    Case number (*if known*) _____
_____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2018**
MM / DD / YYYY

**X** **/s/ William Gates**                          **William Gates**
Signature of authorized representative of debtor     Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ Robert C. Furr**                          Date   **April 11, 2018**
Signature of attorney for debtor                             MM / DD / YYYY

**Robert C. Furr 210854**
Printed name

**Furr & Cohen**
Firm name

**2255 Glades Rd.**
**Suite 337W**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-395-0500**        Email address _____

**210854 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Liberty Industries, L.C.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2018**      X **/s/ William Gates**
                                                   Signature of individual signing on behalf of debtor

                                                   **William Gates**
                                                   Printed name

                                                   **Manager**
                                                   Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Liberty Industries, L.C.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADTM/Universal Galv** **P.O. Box 98** **Glasgow, MO 65254** | | materials | | | | **$30,749.28** |
| **Bairstow Lifting Products, Inc** **1785 Ellsworth Dr. NW** **Atlanta, GA 30318** | | **Lifting Equipment Supplier** | | | | **$24,169.27** |
| **Bar Source International, LLC** **1901 South Meyers Road #158** **Oakbrook Terrace, IL 60181** | | consignment steel | | | | **$67,119.86** |
| **C.H. Robinson Company, Inc** **P.O. Box 9121** **Minneapolis, MN 55480** | | carrier service | | | | **$36,994.61** |
| **Dyw-DAG Systems Int'l** **320 Marmon Drive** **Bolingbrook, IL 60440** | | | | | | **$16,230.00** |
| **Evansville Welding Supply, Co** **7330 Enterprise Park Center** **Evansville, IN 47715** | | **Welding Supplier** | | | | **$22,852.74** |
| **FEDEX Freight East Dept CH** **PO Box 10306** **Palatine, IL 60055-0306** | | shipping | | | | **$32,835.67** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Liberty Industries, L.C.**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GE Mathis Co 6100 South Oak Park Ave Chicago, IL 60638** | | metal fabrication | | | | $17,068.00 |
| **GGG Partners, LLC Attn: Richard Kazmier 3155 Roswell Road NE Suite 120 Atlanta, GA 30305** | | | | | | $27,612.50 |
| **Hodge Design Associates, P.C. 22 Chestnut Streeet Evansville, IN 47713-1022** | | Engineering Service | | | | $41,930.20 |
| **Ira Svendgaard and Assoc PO Box 1637 Placerville, CA 95667** | | Fastener Supplier | | | | $17,458.49 |
| **JMS Russel Metal Corp Rainey Gibson, Dir 25 College Park Cove Jackson, TN 38301** | | payments remaining pursuant to confirmed plan 12-32843-PGH | | | | $13,710.42 |
| **O'Neal Steel Inc c/o Stephen Porterfield, Esq Sirote & Permitt PC 2311 Highland Ave S Birmingham, AL 35205** | | payments remaining pursuant to confirmed plan 12-32843-PGH | | | | $38,421.46 |
| **Office of Sheriff of Warrick County P.O. Box 487 - 100 SR 62 West Boonville, IN 47601** | | | | | | $18,057.40 |
| **Rio Steel & Tower Ltd 645 East Renfro Street Burleson, TX 76028** | | | | | | $15,621.50 |
| **Satellite Specialized Trans. 63211 Service Road Bend, OR 97701** | | | | | | $18,100.00 |
| **Structural Bolt 1004 Third Ave South Nashville, TN 37210** | | | | | | $18,760.91 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **Liberty Industries, L.C.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Timken Company 1835 Dueber Ave SW PO Box 7927 Canton, OH 44706** | | **payments remaining pursuant to confirmed plan 12-32843-PGH** | | | | $32,738.09 |
| **Transamerican Power Poles 2427 Kelly Lane Houston, TX 77066** | | | | | | $25,032.00 |
| **United Healthcare 7440 Woodland Drive Indianapolis, IN 46278** | | | | | | $23,885.38 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3

**Fill in this information to identify the case:**

Debtor name    **Liberty Industries, L.C.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*...............................................................................................   $     **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................................   $     **4,483,268.24**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................................   $     **4,483,268.24**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **3,310,897.25**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     **776,102.39**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b        $     **4,086,999.64**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Liberty Industries, L.C.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fifth Third Bank** | **Checking Account** | **6567** | **$23,002.28** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$23,002.28**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit with Liberty Properties at Newburgh, L.C. (related debtor entity)** | **$15,000.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**      **$15,000.00**

Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Liberty Industries, L.C.**
Name

Case number *(If known)*

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:      **35,511.15**      -      **0.00**      = ....      **$35,511.15**

face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$35,511.15**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** inventory and supplies | 9/15/16 | Unknown | Replacement | $559,003.81 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.          **$559,003.81**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor **Liberty Industries, L.C.**
Name

Case number *(If known)* _____

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office Furniture | **$0.00** | | **$0.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equpment, including all computer equipment and communication systems equipment and software, phone, computers ($2,813); printers ($4,018); radios ($1,720) | **$0.00** | Replacement | **$8,551.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $8,551.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Liberty Industries, L.C.**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.1. | **2000 F550 Ford Super Duty Truck VIN 1FDAF56F6YEB62284, no lien ($36,000); 2001 C2500HD Silverado Chevrolet, VIN 1GCHC23U71F180306; no lien ($32,000) 1989 Wabash, VIN 1JJV452B7KL132557, no lien ($      ) 1989 Wabash, VIN 1JJV452B7KL132591, no lien; ($      ) 1989 Wabash, VIN 1JJV452BXKL135615, no lien  ($      )** | $0.00       Replacement | $68,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **forklifts, milling machines, air compressors, threading machine, angle master, bandsaws, power leg rollers; (see attached List)**                    $0.00       Expert                    $1,274,200.00

51.  **Total of Part 8.**                                                                          | $1,342,200.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites Website: http://towerinnovations.net/ value unknown** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Liberty Industries, L.C.**                          Case number *(If known)*  _____
          Name

| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**3,500 Wireless  and 572 Broadcast Tower**<br>**Designs** | Unknown | N/A | $2,500,000.00 |

65.    **Goodwill**

66.    **Total of Part 10.**                                              |  $2,500,000.00  |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor    **Liberty Industries, L.C.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,002.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $35,511.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $559,003.81 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,551.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,342,200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,483,268.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,483,268.24 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Liberty Industries, L.C.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1  Regions Bank**<br>Creditor's Name<br><br>**PO Box 5014**<br>**Montgomery, AL**<br>**36103-5014**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**all assets, inventory, equipment & accounts;**<br>**Real Property at 2855 State Road 261; 5688**<br>**Prospect Drive; and 3266 Tower Dr,**<br>**Newburgh, Warrick County, Indiana**<br><br>Describe the lien<br>**Security Agreement UCC Ending in 1735,**<br>**1644**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$2,718,083.25** | **$3,700,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Tower Innovations**<br>**Distribution, LLC**<br>Creditor's Name<br><br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**all assets, inventory, equipment, accounts**<br>**receivable and real property**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$592,814.00** | **$3,700,000.00** |

Debtor    **Liberty Industries, L.C.**
_____
Name

Case number (if know) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,310,897.25** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Regions Bank**<br>**c/o Mark R Wenzel Esq**<br>**201 N Illinois St #1400**<br>**Indianapolis, IN 46204** | Line __**2.1**__ | |
| **Regions Bank**<br>**c/o Robert N. Gilbert, Esq**<br>**Carlton Fields**<br>**PO Box 150**<br>**West Palm Beach, FL 33402-0150** | Line __**2.1**__ | |
| **Regions Bank**<br>**PO Box 11407**<br>**Birmingham, AL 35246-0054** | Line __**2.1**__ | |
| **Regions Bank**<br>**One Indiana Square #702**<br>**Indianapolis, IN 46204** | Line __**2.1**__ | |
| **Regions Bank**<br>**c/o Martha Lehman Esq**<br>**201 N Illinois St #1400**<br>**Indianapolis, IN 46204** | Line __**2.1**__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Liberty Industries, L.C.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,749.28** |
|---|---|---|---|

**ADTM/Universal Galv**
**P.O. Box 98**
**Glasgow, MO 65254**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,071.25** |
|---|---|---|---|

**Advanced Wireless Solutions**
**Attn: Chip Montgomery**
**PO Box 8593**
**Johnson City, TN 37615**

Date(s) debt was incurred  **10/25/2013**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **payments remaining pursuant to confirmed plan**
**12-32843-PGH**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.80** |
|---|---|---|---|

**American Institute of Steel**
**5109 Eagle Way**
**Chicago, IL 60678**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **use of structural steel**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,321.00** |
|---|---|---|---|

**ARC Weld inc**
**1556 N Old Highway 135**
**Corydon, IN 47112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **welding and gas cylinder supplier**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Liberty Industries, L.C.**

Case number (if known) _____

_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.00 |

**Atlanta Rod & Manufacturing Co**
144 Schokbeton Street
Lavonia, GA 30553

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **anchor bolts, concrete embeds, headed bolts and construction fasteners supplier.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | $24,169.27 |

**Bairstow Lifting Products, Inc**
1785 Ellsworth Dr. NW
Atlanta, GA 30318

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lifting Equipment Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $67,119.86 |

**Bar Source International, LLC**
1901 South Meyers Road #158
Oakbrook Terrace, IL 60181

Date(s) debt was incurred  5/12/2016

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **consignment steel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $1,502.24 |

**Black Equipment Co. Inc**
PO Box 5286
Evansville, IN 47716

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **construction equipment & material handling equipment.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | $36,994.61 |

**C.H. Robinson Company, Inc**
P.O. Box 9121
Minneapolis, MN 55480

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **carrier service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | $13,118.47 |

**Capital Steel and Wire**
240 S. Bridge Street
DeWitt, MI 48820

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | | $1,944.87 |

**Centric Technologies**
P.O. Box 15071
Evansville, IN 47716

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business consulting and technology solutions**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Liberty Industries, L.C.**                                    Case number *(if known)* _____
_____
Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,313.00** |
|---|---|---|---|

**Cincinnati Insurance Co**
**P.O. Box  145620**
**Cincinnati, OH 45620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  insurance solutions for businesses and individuals

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.90** |
|---|---|---|---|

**Cintas**
**P.O. Box 630921**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  uniform provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.25** |
|---|---|---|---|

**Direct Tv**
**P.O. Box 60036**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  direct broadcast satellite service provider

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,746.64** |
|---|---|---|---|

**Dyna-Fab Corp**
**3893 S State Rd 263**
**West Lebanon, IN 47991-8005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/25/13

**Basis for the claim:**  payments remaining pursuant to confirmed plan
12-32843-PGH

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,230.00** |
|---|---|---|---|

**Dyw-DAG Systems Int'l**
**320 Marmon Drive**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,901.21** |
|---|---|---|---|

**EBN-Constr & Indust Supplies**
**1701 East Columbia Street**
**Evansville, IN 47711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  full line distributor of industrial supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,555.35** |
|---|---|---|---|

**Evansville Teachers FCU**
**Assignee Patriot Steel Inc**
**Attn: Sara Robinson**
**PO Box 5129**
**Evansville, IN 47716-5129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/25/13

**Basis for the claim:**  payments remaining pursuant to confirmed plan
12-32843-PGH

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Liberty Industries, L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Evansville Welding Supply, Co**
**7330 Enterprise Park Center**
**Evansville, IN 47715**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Welding Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$22,852.74**

---

**3.20** | Nonpriority creditor's name and mailing address

**Fastenal Company**
**P.O. Box 978**
**Winona, MN 55987-0978**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fleet Truck Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$6,089.93**

---

**3.21** | Nonpriority creditor's name and mailing address

**FEDEX Freight East**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055-0306**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **shipping**

Is the claim subject to offset? ■ No ☐ Yes

**$32,835.67**

---

**3.22** | Nonpriority creditor's name and mailing address

**FMG Publishing Inc**
**7071 Bayers Rd.**
**Suite 300**
**Halifax, Nova Scotia B3L 2C2**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Commission**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.23** | Nonpriority creditor's name and mailing address

**GE Mathis Co**
**6100 South Oak Park Ave**
**Chicago, IL 60638**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **metal fabrication**

Is the claim subject to offset? ■ No ☐ Yes

**$17,068.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**Gerdau Ameristeel**
**Attn: P Mosley**
**PO Box 31328**
**Tampa, FL 33631**

Date(s) debt was incurred  **10/25/13**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Is the claim subject to offset? ■ No ☐ Yes

**$11,139.75**

---

**3.25** | Nonpriority creditor's name and mailing address

**GGG Partners, LLC**
**Attn: Richard Kazmier**
**3155 Roswell Road NE**
**Suite 120**
**Atlanta, GA 30305**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,612.50**

---

Debtor **Liberty Industries, L.C.**
Name
Case number *(if known)*

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Hagerty Steel & Aluminue**
**PO Box 8130**
**East Peoria, IL 61611-8130**

**Date(s) debt was incurred** __10/25/13__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __payments remaining pursuant to confirmed plan 12-32843-PGH__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,842.06**

---

| | |
|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** |

**Hodge Design Associates, P.C.**
**22 Chestnut Streeet**
**Evansville, IN 47713-1022**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Engineering Service__

Is the claim subject to offset? ■ No  ☐ Yes

**$41,930.20**

---

| | |
|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** |

**Imperial Fastener**
**PO Box 4857**
**Evansville, IN 47724**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __fastener or industrial supplier__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,913.55**

---

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** |

**Installation Services Inc**
**427 Borden Ave**
**Sycamore, IL 60178**

**Date(s) debt was incurred** __10/25/13payments remaining pursuant to confirmed plan 12-32843-PGH__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __payments remaining pursuant to confirmed plan 12-32843-PGH__

Is the claim subject to offset? ■ No  ☐ Yes

**$13,477.05**

---

| | |
|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** |

**Intergra Fastener**
**101-B Vanderbilt Court**
**Bowling Green, KY 42103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Fastener Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,579.45**

---

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

**Ira Svendgaard and Assoc**
**PO Box 1637**
**Placerville, CA 95667**

**Date(s) debt was incurred** __3/2015__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Fastener Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

**$17,458.49**

---

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** |

**ITL, LLC**
**PO Box 41875**
**Nashville, TN 37204-1875**

**Date(s) debt was incurred** __10/25/13__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __payments remaining pursuant to confirmed plan 12-32843-PGH__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,366.89**

| Debtor | **Liberty Industries, L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,710.42 |
|---|---|---|---|

**JMS Russel Metal Corp**
**Rainey Gibson, Dir**
**25 College Park Cove**
**Jackson, TN 38301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |
|---|---|---|---|

**Logistics Made Simpe, Inc**
**2115 Chapman Rd**
**Suite 107**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Management Consultant**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,068.10 |
|---|---|---|---|

**Mid-Park - Service Stamping**
**1021 Salt River Rd**
**Leitchfield, KY 42755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,421.46 |
|---|---|---|---|

**O'Neal Steel Inc**
**c/o Stephen Porterfield, Esq**
**Sirote & Permitt PC**
**2311 Highland Ave S**
**Birmingham, AL 35205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,057.40 |
|---|---|---|---|

**Office of Sheriff of Warrick County**
**P.O. Box 487 - 100 SR 62 West**
**Boonville, IN 47601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,248.43 |
|---|---|---|---|

**Omega Steel**
**3460 Hollenberg Dr**
**Bridgeton, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **carbon steel pipe and structural steel pipe provider**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,009.64 |
|---|---|---|---|

**Peddinghaus Corp**
**300 N Washington Ave**
**Saint Joseph, MO 64501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

| Debtor | **Liberty Industries, L.C.** | Case number (if known) | |
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131.61** |

**Performed Line Products**
**PO Box 5160N**
**Cleveland, OH 44193-0001**

Date(s) debt was incurred __10/25/13__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __supplier of high quality cable anchoring and control__
__hardware and systems.__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,998.21** |

**Perlow Steel Corporation**
**2900 S 25 Ave**
**Broadview, IL 60155**

Date(s) debt was incurred __10/25/13__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __payments remaining pursuant to confirmed plan__
__12-32843-PGH__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,465.86** |

**Primus Electronics**
**4180 E. Sand Ridge Rd**
**Morris, IL 60450**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __supplier of chain solutions for the most reliable,__
__innovative configurations__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |

**Prospect Trucking, Inc**
**5776 Prospect Drive**
**Newburgh, IN 47630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wast Mangement Service__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,078.28** |

**Quill**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,575.00** |

**R&L Carriers Inc**
**P O Box 10020**
**Port William, OH 45164-2000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,621.50** |

**Rio Steel & Tower Ltd**
**645 East Renfro Street**
**Burleson, TX 76028**

Date(s) debt was incurred __3/11/2015__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **Liberty Industries, L.C.**                                    Case number *(if known)*
_____
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,975.80** |
|---|---|---|---|

**Rudolph Fine Porter & Johnson**
**221 NW Fifth St**
**Evansville, IN 47708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2012__

**Basis for the claim:** __Pursuant to Plan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,014.06** |
|---|---|---|---|

**Rudolph Fine Porter & Johnson**
**c/o Joseph H Langerak IV**
**PO Box 1507**
**Evansville, IN 47714-1507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/25/13__

**Basis for the claim:** __payments remaining pursuant to confirmed plan 12-32843-PGH__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,100.00** |
|---|---|---|---|

**Satellite Specialized Trans.**
**63211 Service Road**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/26/2014__

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$181.61** |
|---|---|---|---|

**Sherwin Williams**
**8090 Park Place**
**Newburgh, IN 47630-3041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/25/13__

**Basis for the claim:** __payments remaining pursuant to confirmed plan 12-32843-PGH__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,040.84** |
|---|---|---|---|

**Simplified Safety, Inc**
**803 West Ave Suite 128**
**Rochester, NY 14611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Safety Equipment Supplier__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,354.67** |
|---|---|---|---|

**Snider Bolt & Screw Inc**
**4505 O'Hara Dr**
**Evansville, IN 47711-2865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/25/13__

**Basis for the claim:** __payments remaining pursuant to confirmed plan 12-32843-PGH__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$329.94** |
|---|---|---|---|

**Spectrum/ Time Warner Cable**
**P.O. Box 1060**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **Liberty Industries, L.C.** | Case number *(if known)* |
| Name | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,056.83 |
|---|---|---|---|

**St Lewis Screw & Bolt**
**2000 Access Blvd**
**Madison, IL 60260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973.00 |
|---|---|---|---|

**St Mary's Occupational Med**
**2330 Lynch Road**
**Evansville, IN 47711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.30 |
|---|---|---|---|

**Stagg Safety Equipment Inc**
**163 S. Third Ave**
**Evansville, IN 47708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/25/13

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,072.18 |
|---|---|---|---|

**Strongwell Corp**
**1610 Highway 52 South**
**Chatfield, MN 55923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,760.91 |
|---|---|---|---|

**Structural Bolt**
**1004 Third Ave South**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/28/14

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,074.53 |
|---|---|---|---|

**Strut & Supply Inc**
**28005 W Commercial Ave**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,341.80 |
|---|---|---|---|

**Sun Life Financial**
**P.O. Box 807009**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Liberty Industries, L.C.**                                  Case number *(if known)* _____
_____
Name

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,032.50** |
|---|---|---|---|

**Technical Equipment**
**10165 International Blvd**
**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,738.09** |
|---|---|---|---|

**Timken Company**
**1835 Dueber Ave SW**
**PO Box 7927**
**Canton, OH 44706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.34** |
|---|---|---|---|

**Town of Newburgh**
**P.O. Box 577**
**Newburgh, IN 47629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,032.00** |
|---|---|---|---|

**Transamerican Power Poles**
**2427 Kelly Lane**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,311.45** |
|---|---|---|---|

**Tri State Fire Protection, Inc**
**P.O. Box 70**
**Newburgh, IN 47630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,748.14** |
|---|---|---|---|

**Triad Metals**
**5755 E Rail Connect Dr**
**Columbia City, IN 46725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

Basis for the claim:  **payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Tuf Tug Products**
**3434 Encrete Lane**
**Dayton, OH 45439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Liberty Industries, L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$689.55** |
|---|---|---|---|

**ULine Shippling Supp**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,885.38** |
|---|---|---|---|

**United Healthcare**
**7440 Woodland Drive**
**Indianapolis, IN 46278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,607.50** |
|---|---|---|---|

**Universal Galvanizing Inc**
**PO Box 98**
**Glasgow, MO 65254**

Date(s) debt was incurred  8/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.34** |
|---|---|---|---|

**UPS**
**LOCKBOX 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,975.72** |
|---|---|---|---|

**Vectren Energy Delivery**
**PO Box 6250**
**Indianapolis, IN 46206-6250**

Date(s) debt was incurred  10/25/13

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,196.55** |
|---|---|---|---|

**Vernon Corp**
**P.O. Box 246**
**Boonville, IN 47601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Vinco Inc**
**2725 114th Street**
**Grand Prairie, TX 75050**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Liberty Industries, L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,718.17 |
|---|---|---|---|

**Westfield Steel**
c/o Roberge Law
12775 Horseferry Rd #200
Carmel, IN 46032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

**Basis for the claim:  payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,592.35 |
|---|---|---|---|

**Wireco World Group**
Attn: Joyce Shokere
2400 W 75 St
Prairie Village, KS 66208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  _**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,016.24 |
|---|---|---|---|

**Witt Galvanizing - Muncie**
2415 S Walnut St
Muncie, IN 47302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

**Basis for the claim:  payments remaining pursuant to confirmed plan 12-32843-PGH**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $866.40 |
|---|---|---|---|

**Wow Business Solutions**
6045 Wedeking Ave
Evansville, IN 47715-2147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/13**

**Basis for the claim:  _**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.01 |
|---|---|---|---|

**Xerox Corporation**
5500 Peral St
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  _**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United Healthcare**<br>P.O. Box 94017<br>Palatine, IL 60094 | Line  **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Xerox Corporation**<br>PO Box 802555<br>Chicago, IL 60680-2555 | Line  **3.79**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor    **Liberty Industries, L.C.**
_____
Name

Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 776,102.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 776,102.39 |

**Fill in this information to identify the case:**

Debtor name    **Liberty Industries, L.C.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Real Property Lease, for office facilities at 2855 Highway 261, Newburgh, Indiana. 4/1/2006 for 5 years with option to renew.**<br><br>**Liberty Properties at Newburgh, L.C.**<br>**20 S.E. 3 Street**<br>**Boca Raton, FL 33432** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement - Real Property Lease, 4-1-2006 to 3-31-11 with option to renew 5 years, for main manufacturing faciltty at 5688 Prospect Drive, Newburgh, Indiana and Construction Services facility located at 3266 Tower Drive, Newburgh, Indiana**<br><br>**Liberty Properties of Newburgh, L.C.**<br>**20 SE 3 Street**<br>**Boca Raton, FL 33432** |

**Fill in this information to identify the case:**

Debtor name     **Liberty Industries, L.C.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Barbara Wortley** | **20 SE 3rd Street**<br>**Boca Raton, FL 33432** | **Regions Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Liberty Properties At Newburgh LC** | **20 SE 3 Street**<br>**Deerfield Beach, FL 33442** | **Regions Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Liberty Properties at Newburgh, L.C.** | | **Tower Innovations Distribution, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Liberty Industries, L.C.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$515,938.46** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$1,595,700.96** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$3,154,700.49** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor    Liberty Industries, L.C.                                            Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Regions Bank vs. Liberty Industries, LLC, Liberty Properties At Newburgh, L.C., and Barbara Wortley 87D01-508MF001031** | **foreclosure** | **Warrick Superior Count No. 2, Warrick, IN** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Notice of Sherriff's Sale #87-16-0098-SS Plaintiff:  Regions Bank 87-D02-1508 MF 001031** | **Foreclosure Sale set for 4-12-18** | **Indiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    Liberty Industries, L.C.                                          Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Robert C. Furr, Esq<br>Furr and Cohen, PA<br>2255 Glades Road #337W<br>Boca Raton, FL 33431 | | 3/16/2018 | $25,000.00 |
|  | Email or website address | | | |
|  | Who made the payment, if not debtor?<br>Tower Innovations Distribution | | | |
| 11.2. | Robert C. Furr, Esq<br>2255 Glades Road Suite, 337W<br>Boca Raton, FL 33431 | | 4/10/18 | $15,000.00 |
|  | Email or website address<br>furrcohen.com | | | |
|  | Who made the payment, if not debtor?<br>Tower Innovations Distribution | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Liberty Industries, L.C.                                      Case number *(if known)*

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Tower Innovations 401K Plan** | EIN: 221619 |

Has the plan been terminated?
■ No
☐ Yes

| Debtor | Liberty Industries, L.C. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    Liberty Industries, L.C.                                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Richard Tompkins**<br>**2659 NW 26 Cir**<br>**Boca Raton, FL 33431** | **record keeping -**<br>**past 3 years.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Richard Tompkins**<br>**2659 NW 26 Cir**<br>**Boca Raton, FL 33431** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Liberty Industries, L.C.**                                    Case number *(if known)*

☐    No
■    Yes. Give the details about the two most recent inventories.

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | Josh Bridgeman & Nancy Woolsey | 3/10/2016 | $497,373, cost basis (unaudited) |

| Name and address of the person who has possession of inventory records |
|---|
| **Josh Bridgeman & Nancy Woolsey**<br>**3266 Tower Drive**<br>**Newburgh, IN 47630** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Barbara Wortley | 20 SE 3 Street<br>Boca Raton, FL 33432 | Managing Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Gates | 637 Jim Moran Boulevard<br>Deerfield Beach, FL 33442 | Manager | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■    No
☐    Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐    No
■    Yes. Identify below.

| 30.1. | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| | **none** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■    No
☐    Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Liberty Industries, L.C.**                                          Case number *(if known)* _____

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |
| | |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 11, 2018**

**/s/ William Gates**                                          **William Gates**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Check History Report**
Sorted By Vendor Number

**Activity From: 1/1/2018 to 3/31/2018**

Liberty Industries, LC (100)

| Bank Code | Description | Check Number | Check Date | Check Amount |
|---|---|---|---|---|
| **Vendor Number:** | 0000031 NORTH AMERICAN GALVANIZING CO | | | |
| N | Fifth Third 2017 | 001125 | 1/16/2018 | 5,274.55 |
| N | Fifth Third 2017 | 001145 | 1/26/2018 | 9,242.45 |
| N | Fifth Third 2017 | 001147 | 2/5/2018 | 7,568.40 |
| N | Fifth Third 2017 | 001169 | 2/19/2018 | 2,443.15 |
| N | Fifth Third 2017 | 001171 | 2/21/2018 | 8,515.90 |
| N | Fifth Third 2017 | 001187 | 2/27/2018 | 1,219.30 |
| N | Fifth Third 2017 | 001189 | 3/2/2018 | 2,742.85 |
| N | Fifth Third 2017 | 001190 | 3/7/2018 | 2,800.00 |
| N | Fifth Third 2017 | 001205 | 3/8/2018 | 508.10 |
| | | | **Vendor 0000031 Total:** | 40,314.70 |
| **Vendor Number:** | 0000033 ONEAL STEEL INC | | | |
| N | Fifth Third 2017 | 001105 | 1/5/2018 | 383.11 |
| N | Fifth Third 2017 | 001130 | 1/23/2018 | 115.74 |
| N | Fifth Third 2017 | 001166 | 2/16/2018 | 1,286.47 |
| N | Fifth Third 2017 | 001168 | 2/16/2018 | 4,346.06 |
| N | Fifth Third 2017 | 001170 | 2/20/2018 | 10,449.92 |
| N | Fifth Third 2017 | 001204 | 3/9/2018 | 17,788.52 |
| N | Fifth Third 2017 | 001208 | 3/8/2018 | 3,809.44 |
| N | Fifth Third 2017 | 001221 | 3/14/2018 | 17,543.67 |
| | | | **Vendor 0000033 Total:** | 55,722.93 |
| **Vendor Number:** | 0000076 CINTAS # 314 | | | |
| N | Fifth Third 2017 | 001129 | 1/22/2018 | 481.21 |
| N | Fifth Third 2017 | 001165 | 2/16/2018 | 923.79 |
| N | Fifth Third 2017 | 001186 | 2/23/2018 | 43.99 |
| N | Fifth Third 2017 | 001218 | 3/14/2018 | 87.98 |
| | | | **Vendor 0000076 Total:** | 1,536.97 |
| **Vendor Number:** | 0000081 PROSPECT TRUCKING, INC. | | | |
| N | Fifth Third 2017 | 001212 | 3/12/2018 | 2,400.00 |
| | | | **Vendor 0000081 Total:** | 2,400.00 |
| **Vendor Number:** | 0000093 HODGE DESIGN ASSOCIATES, P.C. | | | |
| N | Fifth Third 2017 | 001126 | 1/16/2018 | 3,375.00 |
| N | Fifth Third 2017 | 001214 | 3/14/2018 | 3,375.00 |
| | | | **Vendor 0000093 Total:** | 6,750.00 |
| **Vendor Number:** | 0000094 INDIANA AMERICAN WATER | | | |
| N | Fifth Third 2017 | 001122 | 1/12/2018 | 4.17 |
| N | Fifth Third 2017 | 001163 | 2/13/2018 | 133.93 |
| N | Fifth Third 2017 | 001236 | 3/22/2018 | 109.38 |
| | | | **Vendor 0000094 Total:** | 247.48 |
| **Vendor Number:** | 0000147 VECTREN ENERGY DELIVERY | | | |
| N | Fifth Third 2017 | AH126 | 1/26/2018 | 3,342.07 |
| N | Fifth Third 2017 | EFT309 | 3/9/2018 | 5,361.10 |
| | | | **Vendor 0000147 Total:** | 8,703.17 |
| **Vendor Number:** | 0000335 Town of Newburgh | | | |
| N | Fifth Third 2017 | 001144 | 1/24/2018 | 142.06 |
| N | Fifth Third 2017 | 001220 | 3/14/2018 | 275.64 |
| | | | **Vendor 0000335 Total:** | 417.70 |
| **Vendor Number:** | 0000444 FEDEX | | | |
| N | Fifth Third 2017 | 001211 | 3/9/2018 | 517.27 |
| | | | **Vendor 0000444 Total:** | 517.27 |

Attachment to Sofa #3: List of Payments to Creditors

| | | | | |
|---|---|---|---|---|
| **Vendor Number:** 0000511 | G & S MACHINE SHOP INC | | | |
| N | Fifth Third 2017 | 001184 | 2/15/2018 | 4,395.00 |
| | | **Vendor 0000511 Total:** | | 4,395.00 |
| **Vendor Number:** 0000665 | BRIDGEMAN, JOSH | | | |
| N | Fifth Third 2017 | 001210 | 3/9/2018 | 8,699.33 |
| | | **Vendor 0000665 Total:** | | 8,699.33 |
| **Vendor Number:** 0000698 | PAUL J FORD AND COMPANY | | | |
| N | Fifth Third 2017 | 001185 | 2/23/2018 | 100.00 |
| N | Fifth Third 2017 | 001237 | 3/22/2018 | 100.00 |
| | | **Vendor 0000698 Total:** | | 200.00 |
| **Vendor Number:** 0000701 | INDIANA DEPT OF ENVIROMENTAL | | | |
| N | Fifth Third 2017 | 001209 | 3/9/2018 | 100.00 |
| | | **Vendor 0000701 Total:** | | 100.00 |
| **Vendor Number:** 0000711 | APPLIED TECHNICAL SEVICES | | | |
| N | Fifth Third 2017 | 001213 | 3/14/2018 | 546.00 |
| | | **Vendor 0000711 Total:** | | 546.00 |
| **Vendor Number:** 0000744 | AZZ Galvanizing - Other Sites | | | |
| H | Paradise Bank | 001079 | 1/1/2018 | 5,577.05 |
| N | Fifth Third 2017 | 001104 | 1/5/2018 | 5,531.70 |
| | | **Vendor 0000744 Total:** | | 11,108.75 |
| **Vendor Number:** 0000776 | Joshua Bridgeman | | | |
| N | Fifth Third 2017 | 001124 | 1/16/2018 | 8,051.16 |
| | | **Vendor 0000776 Total:** | | 8,051.16 |
| **Vendor Number:** 0000787 | INDIANA BMV | | | |
| N | Fifth Third 2017 | 001102 | 1/3/2018 | 78.85 |
| N | Fifth Third 2017 | 001103 | 1/3/2018 | 274.00 |
| | | **Vendor 0000787 Total:** | | 352.85 |
| **Vendor Number:** 0000811 | UNITED HEALTHCARE | | | |
| H | Paradise Bank | 021318 | 2/13/2018 | 12,700.36 |
| H | Paradise Bank | AC0110 | 1/10/2018 | 10,089.59 |
| | | **Vendor 0000811 Total:** | | 22,789.95 |
| **Vendor Number:** 0000815 | OMEGA STEEL COMPANY | | | |
| N | Fifth Third 2017 | AC308 | 3/8/2018 | 19,711.17 |
| | | **Vendor 0000815 Total:** | | 19,711.17 |
| **Vendor Number:** 0000820 | Advanced Disposal | | | |
| N | Fifth Third 2017 | ACH117 | 1/17/2018 | 139.72 |
| N | Fifth Third 2017 | EFT322 | 3/22/2018 | 283.89 |
| | | **Vendor 0000820 Total:** | | 423.61 |
| **Vendor Number:** 0000821 | WESTERN INTERNATIONAL GAS | | | |
| N | Fifth Third 2017 | 001123 | 1/12/2018 | 27.17 |
| N | Fifth Third 2017 | 001146 | 2/2/2018 | 27.99 |
| N | Fifth Third 2017 | 001219 | 3/14/2018 | 27.99 |
| | | **Vendor 0000821 Total:** | | 83.15 |
| **Vendor Number:** 0000830 | Woolsey, Nancy | | | |
| N | Fifth Third 2017 | 001162 | 2/8/2018 | 1,811.93 |
| | | **Vendor 0000830 Total:** | | 1,811.93 |
| **Vendor Number:** 0000833 | AAA GALVANIZING - HAMILTON | | | |
| N | Fifth Third 2017 | 001127 | 1/16/2018 | 306.00 |
| | | **Vendor 0000833 Total:** | | 306.00 |
| **Vendor Number:** 0000843 | Atlanta Rod & Manufacturing Co | | | |
| N | Fifth Third 2017 | 001101 | 1/3/2018 | 1,570.34 |
| N | Fifth Third 2017 | 001106 | 1/10/2018 | 1,545.00 |
| N | Fifth Third 2017 | 001120 | 1/12/2018 | 2,452.94 |
| N | Fifth Third 2017 | 001207 | 3/8/2018 | 2,150.50 |
| | | **Vendor 0000843 Total:** | | 7,718.78 |
| **Vendor Number:** 0000849 | CINCINNATI INSURANCE CO | | | |
| H | Paradise Bank | EFT308 | 3/8/2018 | 10,736.00 |

Attachment to Sofa #3: List of Payments to Creditors

| | | | | |
|---|---|---|---|---|
| | | | Vendor 0000846 Total: | 10,736.00 |
| **Vendor Number:** | 0000856 SUN LIFE FINANCIAL | | | |
| N | Fifth Third 2017 | AC208 | 2/8/2018 | 1,341.80 |
| | | | **Vendor 0000856 Total:** | 1,341.80 |
| **Vendor Number:** | 0000857 ADTM/Univeral Galv | | | |
| H | Paradise Bank | 218ADJ | 2/1/2018 | 31,039.93 |
| N | Fifth Third 2017 | 001239 | 3/23/2018 | 6,126.50 |
| | | | **Vendor 0000857 Total:** | 37,166.43 |
| **Vendor Number:** | 0000863 INTEGRA FASTENER | | | |
| N | Fifth Third 2017 | 001215 | 3/14/2018 | 2,663.75 |
| | | | **Vendor 0000863 Total:** | 2,663.75 |
| **Vendor Number:** | 0000883 ST LOUIS SCREW & BOLT | | | |
| N | Fifth Third 2017 | 001167 | 2/16/2018 | 636.70 |
| | | | **Vendor 0000883 Total:** | 636.70 |
| **Vendor Number:** | 0000885 K-T BOLT | | | |
| N | Fifth Third 2017 | 001121 | 1/12/2018 | 2,357.30 |
| | | | **Vendor 0000885 Total:** | 2,357.30 |
| **Vendor Number:** | 0000888 Lynch, Kelly | | | |
| N | Fifth Third 2017 | 001217 | 3/14/2018 | 323.82 |
| | | | **Vendor 0000888 Total:** | 323.82 |
| **Vendor Number:** | 0000899 ABERI STEEL, LLC | | | |
| N | Fifth Third 2017 | 001222 | 3/16/2018 | 19,347.34 |
| | | | **Vendor 0000899 Total:** | 19,347.34 |
| **Vendor Number:** | 0000912 Logistics Made Simple, Inc. | | | |
| H | Paradise Bank | 001577 | 2/9/2018 | 4,825.00 |
| H | Paradise Bank | 022618 | 2/26/2018 | 9,620.00 |
| N | Fifth Third 2017 | 001128 | 1/22/2018 | 5,870.00 |
| N | Fifth Third 2017 | 001188 | 2/28/2018 | 10,620.00 |
| N | Fifth Third 2017 | 001206 | 3/9/2018 | 2,750.00 |
| N | Fifth Third 2017 | 001216 | 3/14/2018 | 1,975.00 |
| N | Fifth Third 2017 | 001238 | 3/23/2018 | 3,500.00 |
| | | | **Vendor 0000912 Total:** | 39,160.00 |
| **Vendor Number:** | 0000920 Spectrum/Time Warner Cable | | | |
| N | Fifth Third 2017 | 322E-2 | 3/22/2018 | 474.32 |
| N | Fifth Third 2017 | ACH222 | 2/22/2018 | 638.34 |
| N | Fifth Third 2017 | E322-1 | 3/22/2018 | 164.97 |
| N | Fifth Third 2017 | SPM-01 | 1/24/2018 | 629.22 |
| | | | **Vendor 0000920 Total:** | 1,906.85 |
| | | | **Report Total:** | 318,547.89 |

# United States Bankruptcy Court
## Southern District of Florida

In re   __Liberty Industries, L.C.__        Case No. _____

                                    Debtor(s)        Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Barbara Wortley**<br>**20 SE 3 Street**<br>**Boca Raton, FL 33432** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __April 11, 2018__              Signature   __/s/ William Gates__

                                                                   **William Gates**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re    **Liberty Industries, L.C.**
Debtor(s)

Case No. _____

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 11, 2018**

**/s/ William Gates**
**William Gates**/Manager
Signer/Title

ADTM/Universal Galv
P.O. Box 98
Glasgow, MO 65254


Advanced Wireless Solutions
Attn: Chip Montgomery
PO Box 8593
Johnson City, TN 37615


American Institute of Steel
5109 Eagle Way
Chicago, IL 60678


ARC Weld inc
1556 N Old Highway 135
Corydon, IN 47112


Atlanta Rod & Manufacturing Co
144 Schokbeton Street
Lavonia, GA 30553


Bairstow Lifting Products, Inc
1785 Ellsworth Dr. NW
Atlanta, GA 30318


Bar Source International, LLC
1901 South Meyers Road #158
Oakbrook Terrace, IL 60181


Black Equipment Co. Inc
PO Box 5286
Evansville, IN 47716


C.H. Robinson Company, Inc
P.O. Box 9121
Minneapolis, MN 55480


Capital Steel and Wire
240 S. Bridge Street
DeWitt, MI 48820


Centric Technologies
P.O. Box 15071
Evansville, IN 47716

Cincinnati Insurance Co
P.O. Box 145620
Cincinnati, OH 45620


Cintas
P.O. Box 630921
Cincinnati, OH 45263-0921


Direct Tv
P.O. Box 60036
Los Angeles, CA 90060


Dyna-Fab Corp
3893 S State Rd 263
West Lebanon, IN 47991-8005


Dyw-DAG Systems Int'l
320 Marmon Drive
Bolingbrook, IL 60440


EBN-Constr & Indust Supplies
1701 East Columbia Street
Evansville, IN 47711


Evansville Teachers FCU
Assignee Patriot Steel Inc
Attn: Sara Robinson
PO Box 5129
Evansville, IN 47716-5129


Evansville Welding Supply, Co
7330 Enterprise Park Center
Evansville, IN 47715


Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


FEDEX Freight East
Dept CH
PO Box 10306
Palatine, IL 60055-0306

FMG Publishing Inc
7071 Bayers Rd.
Suite 300
Halifax, Nova Scotia B3L 2C2


GE Mathis Co
6100 South Oak Park Ave
Chicago, IL 60638


Gerdau Ameristeel
Attn: P Mosley
PO Box 31328
Tampa, FL 33631


GGG Partners, LLC
Attn: Richard Kazmier
3155 Roswell Road NE
Suite 120
Atlanta, GA 30305


Hagerty Steel & Aluminue
PO Box 8130
East Peoria, IL 61611-8130


Hodge Design Associates, P.C.
22 Chestnut Streeet
Evansville, IN 47713-1022


Imperial Fastener
PO Box 4857
Evansville, IN 47724


Installation Services Inc
427 Borden Ave
Sycamore, IL 60178


Intergra Fastener
101-B Vanderbilt Court
Bowling Green, KY 42103


Ira Svendgaard and Assoc
PO Box 1637
Placerville, CA 95667

ITL, LLC
PO Box 41875
Nashville, TN 37204-1875


JMS Russel Metal Corp
Rainey Gibson, Dir
25 College Park Cove
Jackson, TN 38301


Logistics Made Simpe, Inc
2115 Chapman Rd
Suite 107
Chattanooga, TN 37421


Mid-Park - Service Stamping
1021 Salt River Rd
Leitchfield, KY 42755


O'Neal Steel Inc
c/o Stephen Porterfield, Esq
Sirote & Permitt PC
2311 Highland Ave S
Birmingham, AL 35205


Office of Sheriff of Warrick County
P.O. Box 487 - 100 SR 62 West
Boonville, IN 47601


Omega Steel
3460 Hollenberg Dr
Bridgeton, MO 63044


Peddinghaus Corp
300 N Washington Ave
Saint Joseph, MO 64501


Performed Line Products
PO Box 5160N
Cleveland, OH 44193-0001


Perlow Steel Corporation
2900 S 25 Ave
Broadview, IL 60155

```
Primus Electronics
4180 E. Sand Ridge Rd
Morris, IL 60450


Prospect Trucking, Inc
5776 Prospect Drive
Newburgh, IN 47630


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


R&L Carriers Inc
P O Box 10020
Port William, OH 45164-2000


Regions Bank
PO Box 5014
Montgomery, AL 36103-5014


Regions Bank
c/o Mark R Wenzel Esq
201 N Illinois St #1400
Indianapolis, IN 46204


Regions Bank
c/o Martha Lehman Esq
201 N Illinois St #1400
Indianapolis, IN 46204


Regions Bank
One Indiana Square #702
Indianapolis, IN 46204


Regions Bank
PO Box 11407
Birmingham, AL 35246-0054


Regions Bank
c/o Robert N. Gilbert, Esq
Carlton Fields
PO Box 150
West Palm Beach, FL 33402-0150
```

Rio Steel & Tower Ltd
645 East Renfro Street
Burleson, TX 76028


Rudolph Fine Porter & Johnson
221 NW Fifth St
Evansville, IN 47708


Rudolph Fine Porter & Johnson
c/o Joseph H Langerak IV
PO Box 1507
Evansville, IN 47714-1507


Satellite Specialized Trans.
63211 Service Road
Bend, OR 97701


Sherwin Williams
8090 Park Place
Newburgh, IN 47630-3041


Simplified Safety, Inc
803 West Ave Suite 128
Rochester, NY 14611


Snider Bolt & Screw Inc
4505 O'Hara Dr
Evansville, IN 47711-2865


Spectrum/ Time Warner Cable
P.O. Box 1060
Carol Stream, IL 60132


St Lewis Screw & Bolt
2000 Access Blvd
Madison, IL 60260


St Mary's Occupational Med
2330 Lynch Road
Evansville, IN 47711


Stagg Safety Equipment Inc
163 S. Third Ave
Evansville, IN 47708

Strongwell Corp
1610 Highway 52 South
Chatfield, MN 55923


Structural Bolt
1004 Third Ave South
Nashville, TN 37210


Strut & Supply Inc
28005 W Commercial Ave
Barrington, IL 60010


Sun Life Financial
P.O. Box 807009
Kansas City, MO 64184


Technical Equipment
10165 International Blvd
Cincinnati, OH 45246


Timken Company
1835 Dueber Ave SW
PO Box 7927
Canton, OH 44706


Tower Innovations Distribution, LLC


Town of Newburgh
P.O. Box 577
Newburgh, IN 47629


Transamerican Power Poles
2427 Kelly Lane
Houston, TX 77066


Tri State Fire Protection, Inc
P.O. Box 70
Newburgh, IN 47630


Triad Metals
5755 E Rail Connect Dr
Columbia City, IN 46725

Tuf Tug Products
3434 Encrete Lane
Dayton, OH 45439


ULine Shippling Supp
P.O. Box 88741
Chicago, IL 60680-1741


United Healthcare
7440 Woodland Drive
Indianapolis, IN 46278


United Healthcare
P.O. Box 94017
Palatine, IL 60094


Universal Galvanizing Inc
PO Box 98
Glasgow, MO 65254


UPS
LOCKBOX 577
Carol Stream, IL 60132-0577


Vectren Energy Delivery
PO Box 6250
Indianapolis, IN 46206-6250


Vernon Corp
P.O. Box 246
Boonville, IN 47601


Vinco Inc
2725 114th Street
Grand Prairie, TX 75050


Westfield Steel
c/o Roberge Law
12775 Horseferry Rd #200
Carmel, IN 46032


Wireco World Group
Attn: Joyce Shokere
2400 W 75 St
Prairie Village, KS 66208

Witt Galvanizing - Muncie
2415 S Walnut St
Muncie, IN 47302


Wow Business Solutions
6045 Wedeking Ave
Evansville, IN 47715-2147


Xerox Corporation
5500 Peral St
Des Plaines, IL 60018


Xerox Corporation
PO Box 802555
Chicago, IL 60680-2555


Barbara Wortley
20 SE 3rd Street
Boca Raton, FL 33432


Liberty Properties At Newburgh LC
20 SE 3 Street
Deerfield Beach, FL 33442


Liberty Properties at Newburgh, L.C.
20 S.E. 3 Street
Boca Raton, FL 33432


Liberty Properties of Newburgh, L.C.
20 SE 3 Street
Boca Raton, FL 33432


Barbara Wortley
20 SE 3 Street
Boca Raton, FL 33432