UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                        CHAPTER 11

LIBERTY INDUSTRIES, L.C.,                                     CASE NO. 18-14231-EPK

    Debtor.

_____/         **JOINTLY ADMINISTERED**

In re:                                                        CHAPTER 11

LIBERTY PROPERTIES AT NEWBURGH, L.C.,                         CASE NO. 18-14232-EPK

    Debtor.

_____/

**REGIONS BANK, N.A.'S *EXPEDITED* MOTION
FOR ENTRY OF ORDER (I) PROHIBITING THE DEBTORS TO
IMMEDIATELY CEASE USING THE CASH COLLATERAL OF
REGIONS BANK AND (II) GRANTING RELIEF FROM THE AUTOMATIC STAY**

**Basis for Expedited Relief**

On July 15, 2018, Liberty Industries failed to make the required installment payment of $50,000.00 under the *Order Authorizing Debtor's Continued Use Of Cash Collateral Of Regions Bank On An Interim Basis and Setting Continued Hearing* (the "Cash Collateral Order"). Regions Bank has served a notice of event of default in accordance with the Cash Collateral Order, and has been advised that the Debtors will cease further use of Regions Bank's cash collateral, shut down the business and seek dismissal of the Chapter 11 cases. In the interim, Regions Bank files this motion pursuant to Paragraph 9 of the Cash Collateral Order, to seek entry of an order (i) prohibiting the jointly administered Debtors from further use of Regions Bank's cash collateral, and (ii) granting Regions Bank stay relief so that it may immediately seek to enforce the *Amended Order Granting Regions Bank's Motion for Summary Judgment* entered on July 7, 2016, in the case of *Regions Bank v. Liberty Industries, L.C., et al,* Cause No. 87D02-1508-MF-001031, in the Superior Court No. 2 in Warrick County, Indiana, including, to take all actions necessary to reset and conduct the foreclosure sale of the Debtors' real property located in Newburgh, Indiana. Undersigned counsel respectfully requests the Court set the Motion for hearing during the week of July 30th or as soon thereafter as the Court's calendar permits.

Regions Bank, N.A. ("Regions"), by and through its undersigned counsel, files this

115357291.1

*Expedited Motion For Entry of Order (i) Requiring the Debtors to Immediately Cease Using the Cash Collateral of Regions Bank and (ii) Granting Relief from the Automatic Stay* ("Motion").  In support of the Motion, Regions Bank states, as follows:

## I.    BACKGROUND

1.     On April 11, 2018 (the "Petition Date"), Liberty Industries, L.C. ("Liberty Industries") and Liberty Properties at Newburgh, L.C. ("Liberty Properties") (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On April 12, 2018, the Court entered Orders Jointly Administering Chapter 11 Cases, with Liberty Industries as the lead case.

2.     This is the third bankruptcy case filed by the Debtors since 2012. Each of which has delayed Regions Bank from enforcing its rights as a secured creditor.

3.     Regions Bank is the principal secured creditor of the Debtors, holding claim a claim against the Debtors in excess of $2.9M as of the Petition Date.  *See* Claim No. 7 [Case No. 18-14231-EPK] and Claim No. 1 [18-14232-EPK] (hereinafter, the "Claim").

4.     The Claim is based on the *Amended Order Granting Regions Bank's Motion for Summary Judgment* entered on July 7, 2016 (the "Indiana Judgment"), in the case of *Regions Bank v. Liberty Industries, L.C., et al,* Cause No. 87D02-1508-MF-001031 (the "Indiana Action"), in the Superior Court No. 2 in Warrick County, Indiana (the "Indian Trial Court"), and the underlying amended and restated loan documents and UCCs executed in connection with the *Order Confirming Debtors' Plan of Reorganization* entered in the Debtors' first jointly administered bankruptcy cases [Lead Case No. 12-32843, ECF No. 361].

5.     The Claim is secured by a first priority lien on the real property owned by Liberty Properties in Newburgh, Indiana (the "Real Property") and all personal property of the Debtors, including their inventory, accounts, equipment, general intangibles, intellectual property and

records (the "Personal Property)(collectively, the "Property").

6.    The Debtors filed their first set of Chapter 11 cases in September 2012 (Lead Case No. 12-32843-PGH), after defaulting on their obligations to Regions Bank.

7.    In October 2013, the Debtors confirmed a Plan which wiped out 80% of their unsecured debt. That Plan restated the debt owed to Regions Bank and provided for a three-year maturity on the Debtors' amended note to Regions Bank. However, the Debtors again breached the payment obligations to Regions Bank and then filed their second set of Chapter 11 cases (Lead Case No. 16-22332-EPK) to avoid Regions Bank's foreclosure sale of the Real Property, which was scheduled for September 8, 2016.

8.    During the second bankruptcy case, the Debtors were unable to confirm a feasible plan of reorganization. As a result, the Debtors withdrew their plan, dismissed the case and agreed to the imposition of a one year ban on any further Chapter 11 filing.

9.    After the dismissal of the second Chapter 11 case, Regions Bank accommodated the Debtors by agreeing to delay foreclosure of the Real Property. At the Debtors' request, Regions Bank agreed to postpone a foreclosure sale set for January 2018, on the basis that the Debtors would make an agreed payment for $50,000 to Regions Bank on or before March 15, 2018. The Debtors breached that agreement and made no such payment.

10.    Just prior to the re-scheduled foreclosure sale set for April 12, 2018, the Debtors filed an *Expedited Motion to Reopen to Shorten Prejudice Period* ("Motion to Reopen"), Lead Case No. 16-22332 [ECF No. 110]. On April 4, 2018, the Court granted the Motion to Reopen, and the Debtors filed their third set of bankruptcy cases, along with an *Emergency Motion to Use Cash Collateral of Regions Bank* (ECF No. 8) ("Cash Collateral Motion").

11.    On May 23, 2018, the Court entered the *Order Authorizing Debtor's Continued Use Of Cash Collateral Of Regions Bank On An Interim Basis and Setting Continued Hearing*

3

[ECF No. 45]. Thereunder, Liberty Industries was required to make a series of Installment Payments (as defined therein), including a $50,000 payment due on July 15, 2018 (the "July Installment Payment").

12.    Liberty failed to pay the July Installment Payment, constituting an Event of Default under Paragraph 8 of the Cash Collateral Order.

13.    On July 24, 2018,  Regions Bank served a Notice of Event of Default (the "Default Notice") on the Debtors' counsel by e-mail and fax, with a copy to counsel for the Committee of Unsecured Creditors. The Default Notice (i) notified the Debtors of the Event of Default under the Cash Collateral Order, for failing to pay the July Installment Payment, and (ii) directed the Debtors to immediately cease using Regions Bank's Cash Collateral (as defined in the Cash Collateral Motion), pursuant to Paragraph 2 of the Cash Collateral Order. A copy of the Default Notice is attached hereto as **Exhibit A**.

14.    Debtors' counsel has advised that the Debtors are unable to make the July Installment Payment, were shutting down the business on July 25, 2018, and will seek to dismiss the jointly administered Chapter 11 cases. In the interim, Regions Bank files the instant Motion to preserve its rights against the Cash Collateral as a result of the Debtors' Event of Default, including, to seek relief from the automatic stay in accordance with the remedies set forth in Paragraph 9 of the Cash Collateral Order.

## II.    **LEGAL ARGUMENT**

15.    Pursuant to 11 U.S.C. § 362(d)(1), stay relief for "cause" should be granted since the Debtors have breached the Cash Collateral Order and are shutting down their business operations.

16.    Pursuant to Paragraph 8 of the Cash Collateral Order, Liberty Industries' failure to make the July Installment Payment under Paragraph 6 of the Cash Collateral Order,

constitutes an Event of Default. As a result, pursuant to the Paragraphs 2 and 9 of the Cash Collateral Order and the Default Notice, the Debtors are required to immediately cease using the Cash Collateral of Regions Bank.

17.    Pursuant to Paragraph 9 of the Cash Collateral Order, Regions Bank may seek, among other things, (i) relief from the automatic stay permitting Regions Bank to take possession of all of its collateral, and (ii) an order prohibiting further use of Cash Collateral. Further, upon filing this motion, Regions Bank is entitled to seek "a hearing on not more than two (2) business days' notice (subject to the Court's docket), which notice period commences the day on which actual service of a notice of an Event of Default is made by fax or by hand delivery on counsel for the Debtor…." Cash Collateral Order, ¶ 9.

18.    On July 24, 2018, Regions Bank served the Default Notice on the Debtors. In response, Debtors' counsel advised that the Debtors are unable to make the July Installment Payment, would shut down the business on July 25, 2018, and would move to dismiss the Chapter 11 cases.

19.    In the interim, Regions Bank files this Motion to seek relief from stay for cause under §362(d)(1), in order to take all actions necessary to enforce the Indiana Judgment and its rights against the Property, including to re-set the foreclosure sale of the Real Property.

20.    Further, grounds for relief from stay also exist under §362(d)(4), including prospective stay relief against the Real Property, since (i) Regions Bank's Claim is secured by an interest in the Real Property, and (ii) the Debtors' petitions were filed as part of a scheme to delay, hinder or defraud Regions Bank, that involved multiple bankruptcy filings affecting the Real Property. Since 2012, this is the third set of Chapter 11 cases filed by the Debtors to delay Regions Bank's foreclosure of the Real Property in the Indiana Action.

21.    Undersigned counsel respectfully requests the Court set the Motion for hearing

during the week of July 30th or as soon thereafter as the Court's calendar permits.

### III.    RELIEF REQUESTED

22.    Based on the Debtors breach of the Cash Collateral Order and their determination to shut down the business, relief from the automatic stay should be granted to Regions Bank pursuant to §§ 362(d)(1), and (4), including prospective stay relief, to take all actions necessary to enforce its Indiana Judgment and first priority lien against the Property, including to re-set the foreclosure sale of the Real Property.

WHEREFORE, Regions Bank requests entry of an Order (i) prohibiting the Debtors from further use of the Cash Collateral of Regions Bank, (ii) granting complete and total relief from the automatic stay to Regions Bank pursuant to § 362(d)(1) and (4), including prospective stay relief, to take all actions necessary to enforce its Indiana Judgment and first priority lien against the Property of the Debtors, including but not limited to, re-setting and conducting the foreclosure sale of the Real Property, obtaining the issuance and recording of a certificate of title for the Real Property, liquidating any deficiency against the defendants in the Indiana Action, and seeking to replevin or conduct a UCC sale of the Personal Property, and (iii) such other relief as the Court deems necessary and proper.

CARLTON FIELDS JORDEN BURT, P.A.

*/s/  Alexandra D. Blye*
Alexandra D. Blye
Florida Bar No. 71499
E-mail:  ablye@carltonfields.com
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone:    (561) 659-7070
Facsimile:     (561) 659-7368

David Hywel Leonard
Florida Bar No. 296376
E-mail: hleonard@carltonfields.com
4221 W. Boy Scout Blvd., Suite 1000

Tampa, FL  33607-5780
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133

*Attorneys for Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I electronically filed the foregoing Regions Bank,

N.A.'s Opposition to Emergency Motion to Use Cash Collateral and was served by CM/ECF

notification on the registered users to the following:

- **Alexandra D Blye**    ablye@carltonfields.com,
  kdemar@carltonfields.com;wpbecf@cfdom.net
- **Merrill D Boone**    boone.merrill@pbgc.gov
- **Robert C Furr**    ltitus@furrcohen.com,
  atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com
- **Philip J Landau**    plandau@slp.law,
  msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ep
  endergraft@slp.law;bss@slp.law
- **David Hywel Leonard**    hleonard@carltonfields.com,
  lrodriguez@carltonfields.com;tpaecf@cfdom.net
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com

I FURTHER CERTIFY that a true copy of the foregoing was served by U.S. Mail on July

26, 2018, to The Creditors Committee, c/o James M. Sullivan, 156 West 56th St., New York NY,

10019, and to all parties on the attached service list.

*/s/ Alexandra D. Blye*
Alexandra D. Blye
Florida Bar No. 71499

```
Label Matrix for local noticing      Liberty Industries, L.C.           Liberty Properties At Newburgh, L.C.
113C-9                               20 S.E. 3 Street                   20 S.E. 3 Street
Case 18-14231-EPK                    Boca Raton, FL 33432-4914          Boca Raton, FL 33432-4914
Southern District of Florida
West Palm Beach
Thu Jul 26 13:27:33 EDT 2018

Official Committee of Unsecured Creditors fo   Pension Benefit Guaranty Corporation   Regions Bank
c/o Philip J. Landau                 1200 K Street, NW                  Carlton Fields Jorden Burt, PA
2385 NW Executive Center Dr          Washington, DC 20005-4026          525 Okeechobee Blvd., Suite 1200
Ste. 300                                                                West Palm Beach, FL    33401-6350
Boca Raton, FL 33431-8530

ADTM/Universal Galv                  ARC Weld inc                       Advanced Wireless Solutions
P.O. Box 98                          1556 N Old Highway 135             Attn: Chip Montgomery
Glasgow, MO 65254-0098               Corydon, IN 47112-2002             PO Box 8593
                                                                        Johnson City, TN 37615-0593

American Institute of Steel          Atlanta Rod & Manufacturing Co     Bairstow Lifting Products, Co.
5109 Eagle Way                       144 Schokbeton Street              1785 Ellsworth Industrial Blvd
Chicago, IL 60678-0051               Lavonia, GA 30553-4460             Atlanta, GA 30318-3747

Bairstow Lifting Products, Inc       Bar Source International, LLC      Barbara Wortley
1785 Ellsworth Dr. NW                1901 South Meyers Road #158        20 SE 3 Street
Atlanta, GA 30318                    Oakbrook Terrace, IL 60181-5278    Boca Raton, FL 33432-4914

Barbara Wortley                      Black Equipment Co. Inc            C.H. Robinson Company, Inc
20 SE 3rd Street                     PO Box 5286                        P.O. Box 9121
Boca Raton, FL 33432-4914            Evansville, IN 47716-5286          Minneapolis, MN 55480-9121

Capital Steel and Wire               Centric Technologies               Cincinnati Insurance Co
240 S. Bridge Street                 P.O. Box 15071                     P.O. Box  145620
DeWitt, MI 48820-8825                Evansville, IN 47716-0071          Cincinnati, OH 45250-5620

Cintas                               (p)DIRECTV LLC                     Dyna-Fab Corp
P.O. Box 630921                      ATTN BANKRUPTCIES                  3893 S State Rd 263
Cincinnati, OH 45263-0921            PO BOX 6550                        West Lebanon, IN 47991-8005
                                     GREENWOOD VILLAGE CO 80155-6550

Dyw-DAG Systems Int'l                EBN-Constr & Indust Supplies       Evansville Teachers FCU
320 Marmon Drive                     1701 East Columbia Street          Assignee Patriot Steel Inc
Bolingbrook, IL 60440-3078           Evansville, IN 47711-5959          Attn: Sara Robinson
                                                                        PO Box 5129
                                                                        Evansville, IN 47716-5129

Evansville Welding Supply, Co        FEDEX Freight East                 FMG Publishing Inc
7330 Enterprise Park Center          Dept CH                            7071 Bayers Rd.
Evansville, IN 47715-8241            PO Box 10306                       Suite 300
                                     Palatine, IL 60055-0306            Halifax, Nova Scotia B3L 2C2
```

```
Fastenal Company                    Fastenal Company                    Florida Department of Revenue
2001 Theurer Blvd.                  P.O. Box 978                        5050 West Tennessee Street
Winona, MN 55987-9902               Winona, MN 55987-0978               Tallahassee, FL 32399-0100


GE Mathis Co                        GGG Partners, LLC                   Gerdau Ameristeel
6100 South Oak Park Ave             Attn: Richard Kazmier               Attn: P Mosley
Chicago, IL 60638-4095              3155 Roswell Road NE                PO Box 31328
                                    Suite 120                           Tampa, FL 33631-3328
                                    Atlanta, GA 30305-1836


Hagerty Steel & Aluminue            Hodge Design Associates, P.C.       ITL, LLC
PO Box 8130                         22 Chestnut Streeet                 PO Box 41875
East Peoria, IL 61611-8130          Evansville, IN 47713-1022           Nashville, TN 37204-1875


Imperial Fastener                   Indiana Department of Revenue       Indiana Department of Revenue
PO Box 4857                         Bankruptcy Section MS 108           P.O. Box 1104
Evansville, IN 47724-0857           100 North Senate Ave                Indianapolis, IN 46206-1104
                                    IGCN 240
                                    Indianapolis, IN 46204-2273


Indiana Department of Revenue       Indiana Department of Revenue       Installation Services Inc
P.O. Box 7206                       P.O. Box 7346                       427 Borden Ave
Indianapolis, IN 46207-7206         Indianapolis, IN 46206-0040         Sycamore, IL 60178-2446


Intergra Fastener                   Internal Revenue Service            Internal Revenue Service
101-B Vanderbilt Court              Centralized Insolvency Operation    POB 7346
Bowling Green, KY 42103-7020        P.O. Box 7346                       Philadelphia, PA 19101-7346
                                    Philadelphia, PA 19101-7346


Ira Svendgaard and Assoc            JMS Russel Metal Corp               Liberty Properties At Newburgh LC
PO Box 1637                         Rainey Gibson, Dir                  20 SE 3 Street
Placerville, CA 95667-1637          25 College Park Cove                Deerfield Beach, FL 33442
                                    Jackson, TN 38301-8706


Liberty Properties of Newburgh, L.C. Logistics Made Simpe, Inc          Logistics Made Simple, Inc.
20 SE 3 Street                      2115 Chapman Rd                     2115 Chapman Road
Boca Raton, FL 33432-4914           Suite 107                           Suite 107
                                    Chattanooga, TN 37421-1606          Chattanooga, TN 37421-1606


Mid-Park - Service Stamping         O'Neal Steel Inc                    Office of Sheriff of Warrick County
1021 Salt River Rd                  c/o Stephen Porterfield, Esq        P.O. Box 487 - 100 SR 62 West
Leitchfield, KY 42754-1700          Sirote & Permitt PC                 Boonville, IN 47601-0487
                                    2311 Highland Ave S
                                    Birmingham, AL 35205-2972


Office of the US Trustee            Omega Steel                         Peddinghaus Corp
51 S.W. 1st Ave.                    3460 Hollenberg Dr                  300 N Washington Ave
Suite 1204                          Bridgeton, MO 63044-2455            Saint Joseph, MO 64501
Miami, FL 33130-1614
```

Pension Benefit Guaranty Corporation
Office of the General Counsel
Attn: Merrill Boone
1200 K. Street, N.W., Suite 3400
Washington, D.C. 20005-4026

Performed Line Products
PO Box 5160N
Cleveland, OH 44193-0001

Perlow Steel Corporation
2900 S 25 Ave
Broadview, IL 60155-4530

Primus Electronics
4180 E. Sand Ridge Rd
Morris, IL 60450-9139

Prospect Trucking, Inc
5776 Prospect Drive
Newburgh, IN 47630-8306

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

R&L Carriers Inc
P O Box 10020
Port William, OH 45164-2000

Regions Bank
One Indiana Square #702
Indianapolis, IN 46204-2083

Regions Bank
PO Box 11407
Birmingham, AL 35246-0054

Regions Bank
PO Box 5014
Montgomery, AL 36103-5014

Regions Bank
c/o Alexandra D. Blye
Carlton Fields Jorden Burt, PA
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

Regions Bank
c/o Mark R Wenzel Esq
201 N Illinois St #1400
Indianapolis, IN 46204-4212

Regions Bank
c/o Martha Lehman Esq
201 N Illinois St #1400
Indianapolis, IN 46204-4212

Regions Bank
c/o Robert N. Gilbert, Esq
Carlton Fields
PO Box 150
West Palm Beach, FL 33402-0150

Rio Steel & Tower Ltd
645 East Renfro Street
Burleson, TX 76028-4932

Rudolph Fine Porter & Johnson
221 NW Fifth St
Evansville, IN 47708-1303

Rudolph Fine Porter & Johnson
c/o Joseph H Langerak IV
PO Box 1507
Evansville, IN 47706-1507

Satellite Specialized Trans.
63211 Service Road
Bend, OR 97703-8681

Sherwin Williams
8090 Park Place
Newburgh, IN 47630-3210

Simplified Safety, Inc
803 West Ave Suite 128
Rochester, NY 14611-2452

Snider Bolt & Screw Inc
4505 O'Hara Dr
Evansville, IN 47711-2865

Spectrum/ Time Warner Cable
P.O. Box 1060
Carol Stream, IL 60132-1060

St Lewis Screw & Bolt
2000 Access Blvd
Madison, IL 62060-1083

St Mary's Occupational Med
2330 Lynch Road
Evansville, IN 47711-2998

Stagg Safety Equipment Inc
163 S. Third Ave
Evansville, IN 47708-1021

Strongwell Corp
1610 Highway 52 South
Chatfield, MN 55923-9799

Structural Bolt
1004 Third Ave South
Nashville, TN 37210-2639

Strut & Supply Inc
28005 W Commercial Ave
Barrington, IL 60010-2443

Sun Life Financial
P.O. Box 807009
Kansas City, MO 64184-0001

Technical Equipment
10165 International Blvd
Cincinnati, OH 45246-4850

Timken Company
1835 Dueber Ave SW
PO Box 7927
Canton, OH 44706-2798

Town of Newburgh
P.O. Box 577
Newburgh, IN 47629-0577

Transamerican Power Poles
2427 Kelly Lane
Houston, TX 77066-4401

Tri State Fire Protection, Inc
P.O. Box 70
Newburgh, IN 47629-0070

Triad Metals
5755 E Rail Connect Dr
Columbia City, IN 46725-9498

Tuf Tug Products
3434 Encrete Lane
Dayton, OH 45439-1946

ULine Shippling Supp
P.O. Box 88741
Chicago, IL 60680-1741

UPS
LOCKBOX 577
Carol Stream, IL 60132-0577

United Healthcare
7440 Woodland Drive
Indianapolis, IN 46278-1720

United Healthcare
P.O. Box 94017
Palatine, IL 60094-4017

Universal Galvanizing Inc
PO Box 98
Glasgow, MO 65254-0098

Vectren Energy Delivery
PO Box 6250
Indianapolis, IN 46206-6250

Vernon Corp
P.O. Box 246
Boonville, IN 47601-0246

Vinco Inc
2725 114th Street
Grand Prairie, TX 75050-6467

Westfield Steel
c/o Bose McKinney & Evans, LLP
111 Monument Circle #2700
Indianapolis, IN 46204-5120

Wireco World Group
Attn: Joyce Shokere
2400 W 75 St
Prairie Village, KS 66208-3509

Witt Galvanizing - Muncie
2415 S Walnut St
Muncie, IN 47302-4143

Wow Business Solutions
6045 Wedeking Ave
Evansville, IN 47715-2147

Xerox Corporation
5500 Peral St
Des Plaines, IL 60018-5303

Xerox Corporation
PO Box 802555
Chicago, IL 60680-2555

Robert C Furr Esq
2255 Glades Rd #301E
Boca Raton, FL 33431-7383

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct Tv
P.O. Box 60036
Los Angeles, CA 90060

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Creditors Committee

(u)West Palm Beach

(d)Liberty Properties at Newburgh, L.C.
20 S.E. 3 Street
Boca Raton, FL 33432-4914


(u)Tower Innovations Distribution, LLC

End of Label Matrix
Mailable recipients    110
Bypassed recipients      4
Total                  114



**EXHIBIT A**

**ATTORNEYS AT LAW**

**CityPlace Tower**
525 Okeechobee Boulevard | Suite 1200
West Palm Beach, Florida  33401-6350
P.O. Box 150 | West Palm Beach, Florida 33402-0150
561.659.7070 | fax 561.659.7368
www.carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
New York
Orlando
Tallahassee
Tampa
Washington, DC
**West Palm Beach**

Alexandra D. Blye
561-650-8016 Direct Dial
ablye@carltonfields.com

July 24, 2018

<u>**Via Fax & Email**</u>
Robert C. Furr
2255 Glades Rd #301E
Boca Raton, FL 33431
Fax: (561) 338-7532
Email: rfurr@furrcohen.com

Re:    *In re: Liberty Industries, L.C.*, Case No. 18-14231-EPK
       *In re: Liberty Properties at Newburgh, L.C.*, Case No. 18-14232-EPK

       Notice of Event of Default under *Order Authorizing Debtor's Continued Use of Cash Collateral of Regions Bank on an Interim Basis and Setting Continued Hearing* (ECF No. 45) ("Cash Collateral Order" or "Order")

Dear Robert:

       This letter shall constitute written notice from Regions Bank, N.A. ("Regions") in accordance with Paragraph 9 of the Cash Collateral Order, of an Event of Default (as defined in Paragraph 8 of the Order) by Liberty Industries, L.C. ("Liberty Industries"), as a result of Liberty Industries' failure to make the $50,000 Installment Payment (as defined in the Order) which was due on July 15, 2018, per Paragraph 6 of the Order.

       Pursuant to Paragraph 2 of the Order, Liberty Industries and Liberty Properties at Newburgh, L.C. ("Liberty Properties") (collectively, the "Debtors") shall ***immediately*** cease to use the Cash Collateral (as defined in the *Debtor's Emergency Motion to Use Cash Collateral of Regions Bank* [ECF No. 8] ) of Regions Bank.

       If a wire transfer of the $50,000 Installment Payment is not received by end of business tomorrow, we will proceed with filing a motion per Paragraph 9 of the Cash Collateral Order.

       Regards,

       Alexandra D. Blye

cc:    James M. Sullivan, Counsel for Committee of Unsecured Creditors (via fax at 212.262.1215 and via email at jsullivan@windelsmarx.com); Philip J. Landau, Counsel for Committee of Unsecured Creditors  (via fax at 561.998.0047 & via email at plandau@slp.law)

Carlton Fields Jorden Burt, P.A.
Carlton Fields Jorden Burt, P.A. practices law in California through Carlton Fields Jorden Burt, LLP.

115349195.1