

**ORDERED in the Southern District of Florida on August 7, 2018.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CHAPTER 11 |
| LIBERTY INDUSTRIES, L.C., | CASE NO. 18-14231-EPK |
| Debtor. | |
| _____/ | **JOINTLY ADMINISTERED** |
| In re: | CHAPTER 11 |
| LIBERTY PROPERTIES AT NEWBURGH, L.C., | CASE NO. 18-14232-EPK |
| Debtor. | |
| _____/ | |

**ORDER GRANTING REGIONS BANK, N.A.'S *EXPEDITED* MOTION FOR
ENTRY OF ORDER (I) PROHIBITING THE DEBTORS TO IMMEDIATELY
CEASE USING THE CASH COLLATERAL OF REGIONS BANK AND
(II) GRANTING RELIEF FROM THE AUTOMATIC STAY**

**THIS CAUSE** came before the Court on August 1, 2018, on *Expedited Motion for Entry*

*of Order (I) Prohibiting the Debtors To Immediately Cease Using the Cash Collateral of Regions*

115413347.1

*Bank and (II) Granting Relief from the Automatic Stay* [ECF No. 63] (the "Motion") filed by Regions Bank, N.A. ("Regions Bank"). The Court having reviewed the record, having heard the argument of counsel, recognizing that there are no objections to the relief requested, good cause being shown, and being otherwise fully advised in the premises, does hereby

      **ORDER and ADJUDGE** as follows:

1.      The Motion is **GRANTED.**

**2.**      The jointly administered debtors, Liberty Industries, L.C. ("Liberty Industries") and Liberty Properties at Newburgh, L.C. ("Liberty Properties") (collectively, the "Debtors"), are prohibited from further use of Regions Bank's Cash Collateral, as defined in the Debtor's Emergency Motion to Use Cash Collateral of Regions Bank [ECF No. 8].

3.      Regions Bank is granted complete and total relief from the automatic stay pursuant to § 362(d)(1) and (4), including prospective stay relief, to take all actions necessary to enforce (i) the *Amended Order Granting Regions Bank's Motion for Summary Judgment* entered on July 7, 2016 (the "Indiana Judgment"), in the case of *Regions Bank v. Liberty Industries, L.C., et al,* Cause No. 87D02-1508-MF-001031 (the "Indiana Action"), in the Superior Court No. 2 in Warrick County, Indiana (the "Indian Trial Court"), and (ii) the underlying amended and restated loan documents and UCCs executed in connection with the *Order Confirming Debtors' Plan of Reorganization* entered in the Debtors' first jointly administered bankruptcy cases [Lead Case No. 12-32843, ECF No. 361]. Such relief includes but is not limited to, Regions Bank's relief from the automatic stay to re-set and conduct the foreclosure sale of the real property owned by Liberty Properties in Newburgh, Indiana (the "Real Property") in the Indiana Action, obtaining the issuance and recording of a certificate of title for the Real Property, liquidating any deficiency against the defendants in the Indiana Action, and seeking to replevin or conduct a UCC sale of all personal property of the Debtors, including but not limited to the inventory,

accounts, equipment, general intangibles, intellectual property and records of the Debtors (collectively, the "Personal Property").

4.      The fourteen (14) day stay of this Order under Bankruptcy Rule 4001(a)(3) is waived. Regions Bank may immediately request that the Indiana Trial Court re-set the foreclosure sale of the Real Property for earliest available date.

# # #

Submitted by:

Alexandra D. Blye, Esq.
Carlton Fields Jorden Burt, P.A.
Attorney for Regions Bank, N.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL  33401
(561)659-7070 (telephone)/(561)659-7368 (facsimile)
e-mail: ablye@carltonfields.com
Florida Bar No. 71499

Alexandra D. Blye, Esq. is directed to serve a copy of this Order on interested parties and file a Certificate of Service with the Court.

115413347.1                                                    3