UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

LIBERTY INDUSTRIES, L.C., *et al.*,[1]

Debtors.

_____/

Chapter 11

Case No. 18-14231-EPK

(Jointly Administered)

## NOTICE OF LATE FILING OF PAPER
## PURSUANT TO LOCAL RULE 5005-1(F)(2)

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of Liberty Industries, L.C., by and through its undersigned local counsel, files this Notice of Late Filing of Paper pursuant to Local Rule 5005-1(F)(2) and states as follows:

1. The attached objection by the Committee to the *Debtors' Emergency Motion to Dismiss Case with a 180 Day Prejudice Period* [ECF No. 67] (the "Motion to Dismiss") is filed for consideration at the hearing scheduled on August 15, 2018 at 1:30 p.m. to consider the Motion to Dismiss.

2. The Committee did not comply with the timing requirements of Local Rule 5005-1(F)(1) because the primary counsel for the Committee, James Sullivan, was not informed of the filing of the Motion to Dismiss, nor was Mr. Sullivan informed of the scheduling of the August 15, 2018 hearing, until the morning of August 14, 2018. Specifically, Mr. Sullivan never received service of the aforementioned motion and order setting hearing because: (a) the undersigned Local Counsel mistakenly assumed Mr.

---

[1] The additional jointly-administered Debtor is Liberty Properties of Newburgh, L.C., Case No. 18-14232-EPK.

{1067/000/00140709}947262

Sullivan would receive service from the Debtor; and (b) the Debtor left off the name of Mr. Sullivan's firm, Windels Marx, from the service address for Mr. Sullivan, whose office is located in a 40-plus-floor Manhattan skyscraper. *See* ECF No. 72, p.2.

3. Accordingly, the Committee submits that exceptional circumstances exist and that the Court should consider the attached response at the August 15th hearing.

I CERTIFY that a true copy of this notice was served via CM/ECF on all parties registered to receive CM/ECF notices in this matter on August 14, 2018.

        Respectfully submitted,

        **SHRAIBERG, LANDAU & PAGE, P.A.**
        **Local Counsel** for Official Committee of Unsecured
        Creditors for Liberty Industries, LC.
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: plandau@slp.law

        By:   /s/ Eric Pendergraft
                Philip J. Landau, Esq.
                Fla. Bar No. 0504017
                Eric Pendergraft
                Fla. Bar No. 91927

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

------------------------------------------------------------X
In re:                                                       :
                                                             :   Chapter 11
LIBERTY INDUSTRIES, L.C., *et al.*,[1]                       :
                                                             :   Case No. 18-14231-EPK
            Debtors.                                         :
                                                             :   (Jointly Administered)
                                                             :
------------------------------------------------------------X

**LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' EMERGENCY MOTION TO DISMISS CASE WITH A 180 DAYS PREJUDICE PERIOD**

The Official Committee of Unsecured Creditors of Liberty Industries, L.C. (the "Committee") appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (together, the "Debtors") by its undersigned counsel, hereby submits its limited objection (the "Objection") to the Debtors' Emergency Motion to Dismiss Case With A 180 Days Prejudice Period (the "Dismissal Motion") [Docket No. 67].  In support of this Objection, the Committee respectfully represents:

**BACKGROUND**

1.      On April 11, 2018 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors' bankruptcy cases are being jointly administered for procedural purposes only pursuant to Court order.

2.      The Debtors are attempting to manage their assets as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' bankruptcy cases.

---
[1] The additional jointly-administered Debtor is Liberty Properties of Newburgh, L.C., Case No. 18-14232-EPK.

{11589422:1}

3. On May 9, 2018, the United States Trustee appointed the Committee pursuant to 11 U.S.C. § 1102(a).[2]

4. On June 25, 2018, the Court entered orders approving the retention of Windels Marx Lane & Mittendorf LLP ("Windels Marx") and Shraiberg, Landau & Page, P.A. ("Shraiberg Landau", and together with Windels Marx, "Committee Counsel") as counsel for the Committee nunc pro tunc to May 14, 2018.

5. On July 11, 2018, counsel for the Debtors sent Committee Counsel a draft of a chapter 11 plan of reorganization.

6. On July 24, 2018, counsel for Regions Bank, N.A. ("Regions") served Committee Counsel with written notice of an "Event of Default" under the cash collateral order that was entered in these cases, namely the Debtors' failure to make a payment of $50,000 that was due on July 15, 2018.

7. The Committee then learned for the first time that the Debtors' business had not been going well as a result of two tower collapses that occurred in late 2017 and early 2018. The Committee also learned for the first time that the Debtors' principals and/or affiliates had allegedly been funding the Debtors' operating losses, and cash collateral payments to Regions, for some time in an effort to save the Debtors' businesses and avoid personal liability under a guaranty of the Debtors' loan to Regions.

8. On July 26, 2018, Regions filed an Expedited Motion for Entry of Order (I) Prohibiting the Debtors to Immediately Cease Using the Cash Collateral of Regions Bank and (II) Granting Relief from the Automatic Stay (the "Stay Relief Motion").

9. On August 1, 2018, the Court held a hearing on the Stay Relief Motion.

---

[2] The following entities have been appointed to serve on the Committee: (i) Hodge Design Associates, P.C.; (ii) O'Neal Steel, LLC; (iii) Bairstow Lifting Products Co.; (iv) GGG Partners, LLC; and (v) JMS Russel Metal Corp.

10. On August 2, 2018, the Debtors filed the Dismissal Motion as well as a motion to shorten time in connection with the Dismissal Motion.

11. By Order dated August 6, 2018, the Court scheduled an expedited hearing on the Dismissal Motion for August 15, 2018 at 1:30 p.m.

12. On August 7, 2018, the Court entered an order granting the Stay Relief Motion.

## LIMITED OBJECTION

13. The Committee was in the process of discussing a draft of a chapter 11 plan, which contemplated a very significant distribution to general unsecured creditors, when it learned of the Debtors' default under the cash collateral order on July 24, 2018. Needless to say, the Committee was surprised and not very happy.

14. Given the state of the negotiations, the Committee Counsel had expended substantial time investigating the Debtors' assets and businesses and speaking with potential financial advisors to advise them on the draft plan, but had not even begun to investigate potential claims or causes of action that might exist against the Debtors' insiders or other potential litigation claims. Such claims may have significant value and could be investigated and pursued by a chapter 7 trustee for the benefit of unsecured creditors. Further, the Debtors have listed five unencumbered vehicles on their bankruptcy schedules. According to the Debtors' schedules of assets and liabilities, two of these vehicles have a value totaling $68,000 and no value estimate was provided for the remaining three vehicles. These vehicles coupled with the potential recoveries on potential litigation claims suggests that conversion of these cases to chapter 7, rather than dismissal, may be in the best interests of the Debtors' unsecured creditors.

15. Committee Counsel have worked very hard during the cases in an effort to assist the Debtors in restructuring their businesses for the benefit of Debtors' estate. Committee

Counsel believe that their services benefited both Regions and the Debtors' estates at the time their services were rendered because such services gave the Debtors and Regions an opportunity to preserve the assets for their benefit of all creditors and the Debtors' equity holders. Committee Counsel estimate that their fees and expenses to date are approximately $50,000. Given the posture of the case, Committee Counsel believe that if these cases are dismissed rather than converted to chapter 7, pursuant to the desires of, and for the benefit of, the Debtors and Region, then, at a minimum, such dismissal should be conditioned on the payment of the chapter 11 administrative expense claims of Committee Counsel.

## RESERVATION OF RIGHTS

16. Because Windels Marx only learned of the Dismissal Motion, and the August 15, 2018 expedited hearing on such motion, on August 14, 2018, Committee Counsel has not yet had a full opportunity to discuss the Dismissal Motion with the Committee. Accordingly, the Committee expressly reserves the right to amend or supplement this Objection at the hearing.

## CONCLUSION

In view of the foregoing, the Committee respectfully requests that this Court deny the Dismissal Motion unless conditioned on payment of the chapter 11 administrative expense claims of Committee Counsel, and grant the Committee such other and further relief as the Court deems just and proper.

[ *Remainder of Page Intentionally Left Blank* ]

**Counsel** for the Official Committee of Unsecured Creditors for Liberty Industries, LC,

156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Email: jsullivan@windelsmarx.com

By:  /s/ James M. Sullivan
      James M. Sullivan, Esq. (admitted *pro hac vice*)

- and -

**SHRAIBERG, LANDAU & PAGE, P.A.**
**Local Counsel** for Official Committee of Unsecured Creditors for Liberty Industries, LC.

2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: plandau@slp.law

By:  /s/ Eric Pendergraft
      Philip J. Landau, Esq.
      Fla. Bar No. 0504017
      Eric Pendergraft
      Fla. Bar No. 91927