UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 18-14231-EPK
CHAPTER: 7

IN RE:

LIBERTY INDUSTRIES, L.C. d/b/a
TOWER INNOVATIONS,

   Debtor.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF FDH INFRASTRUCTURE SERVICES, LLC

Jeffrey S. Berlowitz, Esq. of Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A., hereby files his Notice of Appearance as counsel for FDH Infrastructure Services, LLC. in the above entitled bankruptcy case, and requests that all matters which must be noticed to creditors and any and all other parties-in-interest, whether sent by the Court, the Debtor, the Trustee or any other party in the case, be sent to the undersigned; and requests that the following be added to the Court's Master Mailing List:

**FDH INFRASTRUCTURE SERVICES, LLC**
c/o Jeffrey S. Berlowitz, Esquire
SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Telephone: 305-442-3334

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing Request for Bankruptcy Notice has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 29th day of August, 2018 to: Robert C. Furr, Esq. 2255 Glades Road #301E, Boca Raton, Florida 33431 (ltitus@furrcohen.com); and to Nicole Testa Mehdipour, Trustee, 200 East Broward Blvd., Suite 1110, Ft. Lauderdale, Florida 33301.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Tel (305) 442-3334/Fax (305) 443-3292
jberlowitz@srhl-law.com
BY:/s/ Jeffrey S. Berlowitz, Esq.
    Jeffrey S. Berlowitz, Esq.
    Florida Bar No. 963739