UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                      Chapter 7

LIBERTY INDUSTRIES, L.C.,                                   Case No. 18-14231-EPK
LIBERTY PROPERTIES AT NEWBURGH, L.C.,          Case No. 18-14232-EPK
                                                                            Jointly Administered

      Debtors.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of *Agreed Order Granting Trustee's Agreed Motion To Pay Certain Administrative Expenses For Electric Utility Service And For Insurance Premium* *(ECF No. 130)* **(ECF No. 131)** was furnished on January 8, 2019 via CM/ECF electronic mail or via U.S. mail to all parties listed on the attached service list:

Respectfully submitted,

    */s/ Eyal Berger*
Eyal Berger, Esq.
Florida Bar No. 11069
eyal.berger@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone:  (954) 463-2700
Fax:  (954) 463-2224

*Co-General Counsel for Chapter 7 Trustee,*
*Nicole Testa Mehdipour*

46735414;1

# SERVICE LIST

**18-14231-EPK Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Trustee Nicole Testa Mehdipour
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Jeffrey S. Berlowitz on behalf of Creditor FDH Infrastructure Services, LLC
jberlowitz@srhl-law.com, jortega@srhl-law.com

Alexandra D Blye on behalf of Creditor Regions Bank
ablye@carltonfields.com, kdemar@carltonfields.com;wpbecf@cfdom.net

Merrill D Boone on behalf of Creditor Pension Benefit Guaranty Corporation
boone.merrill@pbgc.gov, efile@pbgc.gov

Robert C Furr, Esq on behalf of Debtor Liberty Industries, L.C.
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;furrrr84158@notify.bestcase.com

Robert C Furr, Esq on behalf of Debtor Liberty Properties At Newburgh, L.C.
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;furrrr84158@notify.bestcase.com

Robert C Furr, Esq on behalf of Interested Party Liberty Properties At Newburgh, L.C.
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;furrrr84158@notify.bestcase.com

Alvin S. Goldstein, Esq on behalf of Debtor Liberty Industries, L.C.
agoldstein@furrcohen.com,
atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;cworkinger@furrcohen.com;goldsteinar84158@notify.bestcase.com

Philip J Landau on behalf of Creditor Committee Official Committee of Unsecured Creditors for Liberty Industries, LC
plandau@slp.law,
msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law

David Hywel Leonard, Esq on behalf of Creditor Regions Bank
hleonard@carltonfields.com, dlester@carltonfields.com;tpaecf@cfdom.net

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,
ksalamone@ntmlawfirm.com;cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

AKERMAN LLP, LAS OLAS CENTRE II, SUITE 1600, 350 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FL 33301-2999

Eric S Pendergraft on behalf of Creditor Committee Creditors Committee
ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law

Eric S Pendergraft on behalf of Creditor Committee Official Committee of Unsecured Creditors for Liberty
Industries, LC
ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law

Kimberly Salamone on behalf of Trustee Nicole Testa Mehdipour
ksalamone@ntmlawfirm.com, atty_mehdipour@bluestylus.com;cm_ecf_service@ntmlawfirm.com

**18-14231-EPK Notice will not be electronically mailed to:**

Kristin Dannheiser
c/o FC Tucker Commercial
7820 Eagle Crest Blvd #200
Evansville, IN 47715

Anthony Palermo
c/o Ahearn Jasco & Co PA
190 SE 19 Ave
Pompano Beach, FL 33060

James M. Sullivan on behalf of
Creditor Committee Official Committee of
Unsecured Creditors for Liberty Industries, LC
156 West 56th St
New York, NY 10019

46735414;1

- 3 -